```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/4/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

L.F. and M.J., individually and on behalf of L.F.,

                Plaintiffs,

-against-

New York City Department of Education,

                Defendant.

22 Civ. 3242 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 3, 2023, the Court ordered the parties to submit a joint letter advising the Court as to the status of settlement or proposing a briefing schedule. ECF No. 29. That submission is now overdue. Accordingly, by **April 11, 2023**, the parties shall submit a joint status letter.

    SO ORDERED.

Dated: April 4, 2023
         New York, New York

                                                  ANALISA TORRES
                                       United States District Judge