```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/12/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

L.F. and M.J., individually and on behalf of L.F.,

          Plaintiffs,

-against-

New York City Department of Education,

          Defendant.

22 Civ. 3242 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' joint letter dated April 11, 2023, ECF No. 31. Accordingly:

1. By **May 3, 2023**, the parties shall file a joint letter advising the Court as to the status of settlement;
2. By **June 1, 2023**, Plaintiffs shall file their motion for summary judgment;
3. By **June 29, 2023**, Defendant shall file its opposition papers; and
4. By **July 13, 2023**, Plaintiffs shall file their reply, if any.

SO ORDERED.

Dated: April 12, 2023
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge