USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/22/2024

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Acting Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MARTHA NIMMER**<br>Tel.: (917) 499-8632<br>mnimmer@law.nyc.gov |

August 19, 2024

**VIA ECF**
Hon. Analisa Torres
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *L.F., et al. v. N.Y.C. Dep't of Educ.,* 22-cv-3242 (AT)(KHP)

Dear Judge Torres:

    I am a Special Assistant Corporation Counsel in the Office of Acting Corporation Counsel, Muriel Goode-Trufant, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq*., as well as for this action.

    Defendant writes in accordance with Your Honor's Aug. 15, 2024 Order (ECF No. 40) and in opposition to Plaintiff's letter motion to reopen (ECF No. 39). Plaintiff has acknowledged via email that the Office of the Comptroller's website reflects that payment was issued today. For that reason, the reopening of this matter is inappropriate, and would lead to an unnecessary expenditure of judicial time and resources. Defendant is currently considering Plaintiff's additional demand for interest. To allow Defendant adequate time to consider Plaintiff's request, Defendant respectfully requests that the Court stay Plaintiff's motion and require that the parties submit a joint status letter in 30 days.

    Accordingly, Defendant respectfully requests that the Court denies Plaintiff's motion to reopen, grants Defendant's request to stay this matter and requires that the parties submit a joint status letter no later than September 19, 2024.

---

GRANTED. The Court shall hold Plaintiff's request to reopen the action (ECF No. 39) in abeyance. The parties shall submit a joint status letter by **September 19, 2024**.

SO ORDERED.

Dated: August 22, 2024
       New York, New York

ANALISA TORRES
United States District Judge